**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term
Grand Jury Sworn in on May 5, 2015**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 16-CR- |
| | : | |
| v. | : | |
| | : | |
| **JOANN LITTLE,** | : | **VIOLATIONS:** |
|     a/k/a Joanne Little, | : | |
| | : | 26 U.S.C. § 7206(2) (Aiding and assisting |
|     Defendant. | : | the preparation of |
| | : | false tax returns.) |

**INDICTMENT**

The Grand Jury for the District of Columbia charges that:

**COUNTS ONE THROUGH THIRTY-FIVE
AIDING AND ASSISTING IN THE PREPARATION OF FALSE RETURNS**

**Introduction**

At all times relevant to this Indictment:

1. JOANN LITTLE was a resident of Suitland, Maryland, who has prepared tax returns since at least 2009.

2. LITTLE prepared tax returns at a tax preparation service located at 1002 H Street NE, within the District of Columbia. This tax preparation service was known as Instant Tax Service until approximately 2012, when the name was changed to Speedy Tax Service.

3. The Internal Revenue Service ("IRS") was an agency within the United States Department of the Treasury responsible for administering and enforcing the tax laws regarding the ascertainment, computation, assessment, and collection of taxes owed to the United States by its citizens and businesses.

4.     A U.S. Individual Income Tax Return, Form 1040 ("Form 1040"), was an income tax return filed with the IRS by citizens and residents of the United States that reported, among other things, income and deductions to determine the amount of tax owed or the amount to be refunded to the taxpayer.

5.     A Schedule A (Form 1040), Itemized Deductions ("Schedule A"), was an IRS form that was attached to a Form 1040, when applicable, and was used by taxpayers to claim certain permissible deductions from taxable income. These deductions included, among other things, gifts to charity and job-related and other miscellaneous expenses, such as unreimbursed employee expenses.

6.     A Schedule C (Form 1040), Profit or Loss from Business (Sole Proprietorship) ("Schedule C"), was an IRS form that was attached to a Form 1040, when applicable, and was used by taxpayers to report gross receipts, expenses, and profit or loss from a business operated by the taxpayer as a sole proprietorship.

7.     A Form 2106, Employee Business Expenses ("Form 2106"), and Form 2106-EZ, Unreimbursed Employee Business Expenses ("Form 2106-EZ"), was an IRS form that was attached to a Form 1040, when applicable, and was used by taxpayers to report ordinary and necessary expenses attributable to the taxpayer's job for which the taxpayer was not reimbursed by his or her employer.

8.     A Form 8283, Noncash Charitable Contributions ("Form 8283"), was an IRS form that was attached to a Form 1040, when applicable, and was used by taxpayers, when applicable, to report information about noncash charitable contributions that total more than $500.

## The Charges

9. On or about the dates set forth below, in the District of Columbia and elsewhere, defendant

### JOANN LITTLE

did willfully aid and assist in, and procure, counsel, and advise the preparation under, and in connection with a matter arising under, the Internal Revenue laws, of returns, claims, and other documents, to wit: U.S. Individual Income Tax Returns, Forms 1040, along with the accompanying forms, for the taxpayers listed below, whose identities are known to the grand jury, and for the tax years listed below, which returns, claims, and other documents were materially false and fraudulent as to one or more matters, in that they represented that these taxpayers were entitled under the provisions of the Internal Revenue laws to claim, among other things, deductions, expenses, losses, and credits for items and in amounts hereinafter specified, whereas, as the defendant then and there knew, the taxpayers were not entitled to claim the specified deductions, expenses, losses, and credits in the claimed amounts, as set forth below:

| CT | TAXPAYER | TAX YEAR | APPROXIMATE DATE FILED WITH IRS | FALSE ITEMS | AMOUNT CLAIMED |
|---|---|---|---|---|---|
| 1 | Client #1 | 2011 | April 4, 2012 | a) Schedule A, Line 19: Gifts to Charity<br><br>b) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions<br><br>c) Form 2106<br><br>d) Form 8283 | a) $7,144<br><br><br>b) $13,065<br><br><br><br><br><br>c) $4,930<br><br>d) $4,644 |

| CT | TAXPAYER | TAX YEAR | APPROXIMATE DATE FILED WITH IRS | FALSE ITEMS | AMOUNT CLAIMED |
|---|---|---|---|---|---|
| 2 | Client #2 | 2009 | February 3, 2010 | a) Schedule A, Line 19: Gifts to Charity<br><br>b) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions<br><br>c) Form 2106-EZ | a) $3,500<br><br>b) $12,658<br><br><br><br><br><br>c) $4,519 |
| 3 | Client #2 | 2010 | February 15, 2011 | a) Schedule A, Line 19: Gifts to Charity<br><br>b) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions<br><br>c) Form 2106<br><br>d) Form 8283 | a) $7,155<br><br>b) $13,577<br><br><br><br><br><br>c) $6,105<br><br>d) $3,655 |
| 4 | Client #2 | 2012 | January 24, 2013 | a) Schedule A, Line 19: Gifts to Charity<br><br>b) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions<br><br>c) Form 2106<br><br>d) Form 8283 | a) $9,345<br><br>b) $14,147<br><br><br><br><br><br>c) $8,036<br><br>d) $3,845 |

| CT | TAXPAYER | TAX YEAR | APPROXIMATE DATE FILED WITH IRS | FALSE ITEMS | AMOUNT CLAIMED |
|---|---|---|---|---|---|
| 5 | Client #3 | 2009 | February 26, 2010 | a) Schedule A, Line 19: Gifts to Charity<br><br>b) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions<br><br>c) Form 2106-EZ<br><br>d) Form 8283 | a) $10,300<br><br>b) $11,609<br><br><br><br><br>c) $6,124<br><br>d) $4,800 |
| 6 | Client #3 | 2010 | February 15, 2011 | a) Schedule A, Line 19: Gifts to Charity<br><br>b) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions<br><br>c) Form 2106-EZ<br><br>d) Form 8283 | a) $7,955<br><br>b) $9,657<br><br><br><br><br>c) $6,313<br><br>d) $3,455 |
| 7 | Client #3 | 2011 | January 28, 2012 | a) Schedule A, Line 19: Gifts to Charity<br><br>b) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions<br><br>c) Form 2106<br><br>d) Form 8283 | a) $8,711<br><br>b) $19,750<br><br><br><br><br>c) $6,164<br><br>d) $4,211 |

| CT | TAXPAYER | TAX YEAR | APPROXIMATE DATE FILED WITH IRS | FALSE ITEMS | AMOUNT CLAIMED |
|---|---|---|---|---|---|
| 8 | Client #3 | 2012 | January 31, 2013 | a) Schedule A, Line 19: Gifts to Charity<br><br>b) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions<br><br>c) Form 2106-EZ<br><br>d) Form 8283 | a) $8,155<br><br>b) $17,089<br><br><br><br><br>c) $7,825<br><br>d) $3,655 |
| 9 | Client #4 | 2010 | March 29, 2011 | a) Schedule A, Line 19: Gifts to Charity<br><br>b) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions<br><br>c) Form 2106<br><br>d) Form 8283 | a) $10,399<br><br>b) $15,960<br><br><br><br><br>c) $7,661<br><br>d) $3,899 |
| 10 | Client #4 | 2011 | April 12, 2012 | a) Schedule A, Line 19: Gifts to Charity<br><br>b) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions<br><br>c) Form 2106<br><br>d) Form 8283 | a) $5,399<br><br>b) $15,158<br><br><br><br><br>c) $4,978<br><br>d) $1,899 |

| CT | TAXPAYER | TAX YEAR | APPROXIMATE DATE FILED WITH IRS | FALSE ITEMS | AMOUNT CLAIMED |
|---|---|---|---|---|---|
| 11 | Client #4 | 2012 | February 26, 2013 | a) Schedule A, Line 19: Gifts to Charity<br><br>b) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions<br><br>c) Form 2106-EZ<br><br>d) Form 8283 | a) $9,354<br><br>b) $18,051<br><br><br><br><br>c) $8,465<br><br>d) $3,788 |
| 12 | Client #5 | 2009 | March 2, 2010 | a) Form 1040, Line 32: IRA deduction<br><br>b) Schedule A, Line 19: Gifts to Charity<br><br>c) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions<br><br>d) Form 2106<br><br>e) Form 8283 | a) $2,500<br><br>b) $11,300<br><br>c) $16,371<br><br><br><br><br>d) $8,361<br><br>e) $4,800 |
| 13 | Client #5 | 2010 | February 16, 2011 | a) Schedule A, Line 19: Gifts to Charity<br><br>b) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions<br><br>c) Form 2106-EZ<br><br>d) Form 8283 | a) $10,455<br><br>b) $12,700<br><br><br><br><br>c) $7,236<br><br>d) $3,955 |

| CT | TAXPAYER | TAX YEAR | APPROXIMATE DATE FILED WITH IRS | FALSE ITEMS | AMOUNT CLAIMED |
|---|---|---|---|---|---|
| 14 | Client #5 | 2012 | March 23, 2013 | a) Schedule A, Line 19: Gifts to Charity | a) $9,177 |
| | | | | b) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions | b) $12,270 |
| | | | | c) Form 2106-EZ | c) $7,456 |
| | | | | d) Form 8283 | d) $3,677 |
| 15 | Client #6 | 2009 | January 31, 2010 | a) Form 1040, Line 32: IRA deduction | a) $2,500 |
| | | | | b) Schedule A, Line 19: Gifts to Charity | b) $4,830 |
| | | | | c) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions | c) $10,848 |
| | | | | d) Form 2106-EZ | d) $6,456 |
| | | | | e) Form 8283 | e) $4,800 |
| 16 | Client #6 | 2010 | February 2, 2011 | a) Form 1040, Line 32: IRA deduction | a) $2,500 |
| | | | | b) Schedule A, Line 19: Gifts to Charity | b) $6,766 |
| | | | | c) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions | c) $10,510 |
| | | | | d) Form 2106-EZ | d) $5,860 |
| | | | | e) Form 8283 | e) $3,266 |

| CT | TAXPAYER | TAX YEAR | APPROXIMATE DATE FILED WITH IRS | FALSE ITEMS | AMOUNT CLAIMED |
|---|---|---|---|---|---|
| 17 | Client #6 | 2011 | January 25, 2012 | a) Schedule A, Line 19: Gifts to Charity<br><br>b) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions<br><br>c) Form 2106<br><br>d) Form 8283 | a) $9,211<br><br>b) $15,311<br><br><br><br><br>c) $6,346<br><br>d) $4,211 |
| 18 | Client #6 | 2012 | January 25, 2013 | a) Schedule A, Line 19: Gifts to Charity<br><br>b) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions<br><br>c) Form 2106-EZ<br><br>d) Form 8283 | a) $8,171<br><br>b) $14,524<br><br><br><br><br>c) $7,042<br><br>d) $3,421 |
| 19 | Client #6 | 2013 | January 28, 2014 | a) Schedule A, Line 19: Gifts to Charity<br><br>b) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions<br><br>c) Form 2106-EZ<br><br>d) Form 8283 | a) $8,044<br><br>b) $10,353<br><br><br><br><br>c) $4,276<br><br>d) $3,544 |

| CT | TAXPAYER | TAX YEAR | APPROXIMATE DATE FILED WITH IRS | FALSE ITEMS | AMOUNT CLAIMED |
|---|---|---|---|---|---|
| 20 | Client #6 | 2014 | January 21, 2015 | a) Schedule A, Line 19: Gifts to Charity<br><br>b) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions<br><br>c) Form 8283 | a) $5,043<br><br>b) $8,672<br><br><br><br><br>c) $5,043 |
| 21 | Client #7 | 2009 | March 23, 2010 | a) Form 1040, Line 32: IRA deduction<br><br>b) Schedule A, Line 19: Gifts to Charity<br><br>c) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions<br><br>d) Form 2106-EZ<br><br>e) Form 8283 | a) $3,500<br><br>b) $9,388<br><br><br>c) $11,615<br><br><br><br><br>d) $7,107<br><br>e) $4,888 |
| 22 | Client #7 | 2010 | March 1, 2011 | a) Form 1040, Line 32: IRA deduction<br><br>b) Schedule A, Line 19: Gifts to Charity<br><br>c) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions<br><br>d) Form 2106-EZ<br><br>e) Form 8283 | a) $5,000<br><br>b) $8,499<br><br><br>c) $18,554<br><br><br><br><br>d) $7,259<br><br>e) $3,999 |

| CT | TAXPAYER | TAX YEAR | APPROXIMATE DATE FILED WITH IRS | FALSE ITEMS | AMOUNT CLAIMED |
|---|---|---|---|---|---|
| 23 | Client #7 | 2011 | March 2, 2012 | a) Schedule A, Line 19: Gifts to Charity<br><br>b) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions<br><br>c) Form 2106<br><br>d) Form 8283 | a) $9,111<br><br>b) $19,310<br><br><br><br><br>c) $11,722<br><br>d) $4,611 |
| 24 | Client #7 | 2012 | February 14, 2013 | a) Schedule A, Line 19: Gifts to Charity<br><br>b) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions<br><br>c) Form 2106<br><br>d) Form 8283 | a) $9,491<br><br>b) $17,658<br><br><br><br><br>c) $7,881<br><br>d) $3,991 |
| 25 | Client #8 | 2009 | February 15, 2010 | a) Schedule A, Line 19: Gifts to Charity<br><br>b) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions<br><br>c) Form 2106-EZ<br><br>d) Form 8283 | a) $9,750<br><br>b) $12,400<br><br><br><br><br>c) $6,118<br><br>d) $4,800 |

| CT | TAXPAYER | TAX YEAR | APPROXIMATE DATE FILED WITH IRS | FALSE ITEMS | AMOUNT CLAIMED |
|---|---|---|---|---|---|
| 26 | Client #8 | 2010 | February 22, 2011 | a) Schedule A, Line 19: Gifts to Charity<br><br>b) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions<br><br>c) Form 2106-EZ<br><br>d) Form 8283 | a) $7,922<br><br>b) $4,176<br><br><br><br><br>c) $2,166<br><br>d) $3,422 |
| 27 | Client #8 | 2011 | January 28, 2012 | a) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions<br><br>b) Form 2106 | a) $16,167<br><br><br><br><br>b) $7,139 |
| 28 | Client #8 | 2012 | February 5, 2013 | a) Form 1040, Line 12: Business loss<br><br>b) Schedule A, Line 19: Gifts to Charity<br><br>c) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions<br><br>d) Schedule C<br><br>e) Form 2106-EZ<br><br>f) Form 8283 | a) ($9,288)<br><br>b) $9,355<br><br>c) $11,364<br><br><br><br><br>d) ($9,288)<br><br>e) $7,554<br><br>f) $3,855 |

| CT | TAXPAYER | TAX YEAR | APPROXIMATE DATE FILED WITH IRS | FALSE ITEMS | AMOUNT CLAIMED |
|---|---|---|---|---|---|
| 29 | Client #9 | 2009 | February 9, 2010 | a) Schedule A, Line 19: Gifts to Charity<br><br>b) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions<br><br>c) Form 2106-EZ<br><br>d) Form 8283 | a) $10,300<br><br>b) $9,191<br><br><br><br><br>c) $5,801<br><br>d) $4,800 |
| 30 | Client #9 | 2010 | February 18, 2011 | a) Schedule A, Line 19: Gifts to Charity<br><br>b) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions<br><br>c) Form 2106-EZ<br><br>d) Form 8283 | a) $7,711<br><br>b) $10,116<br><br><br><br><br>c) $4,941<br><br>d) $3,211 |
| 31 | Client #9 | 2011 | February 13, 2012 | a) Form 1040, Line 12: Business loss<br><br>b) Schedule A, Line 19: Gifts to Charity<br><br>c) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions<br><br>d) Schedule C<br><br>e) Form 2106<br><br>f) Form 8283 | a) ($8,798)<br><br>b) $8,711<br><br>c) $16,714<br><br><br><br><br>d) ($8,798)<br><br>e) $6,325<br><br>f) $4,211 |

| CT | TAXPAYER | TAX YEAR | APPROXIMATE DATE FILED WITH IRS | FALSE ITEMS | AMOUNT CLAIMED |
|---|---|---|---|---|---|
| 32 | Client #9 | 2012 | January 25, 2013 | a) Schedule A, Line 19: Gifts to Charity | a) $7,755 |
| | | | | b) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions | b) $14,025 |
| | | | | c) Form 2106-EZ | c) $7,657 |
| | | | | d) Form 8283 | d) $3,255 |
| 33 | Client #10 | 2010 | February 14, 2011 | a) Schedule A, Line 19: Gifts to Charity | a) $9,000 |
| | | | | b) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions | b) $12,845 |
| | | | | c) Form 2106-EZ | c) $8,504 |
| | | | | d) Form 8283 | d) $3,500 |
| 34 | Client #10 | 2011 | March 3, 2012 | a) Schedule A, Line 19: Gifts to Charity | a) $9,111 |
| | | | | b) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions | b) $24,105 |
| | | | | c) Form 2106 | c) $4,990 |
| | | | | d) Form 8283 | d) $4,611 |

| CT | TAXPAYER | TAX YEAR | APPROXIMATE DATE FILED WITH IRS | FALSE ITEMS | AMOUNT CLAIMED |
|---|---|---|---|---|---|
| 35 | Client #10 | 2012 | January 23, 2013 | a) Schedule A, Line 19: Gifts to Charity | a) $8,411 |
| | | | | b) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions | b) $11,997 |
| | | | | c) Form 2106-EZ | c) $8,433 |
| | | | | d) Form 8283 | d) $3,211 |

(All in violation of Title 26 United States Code, Section 7206(2)).


TRUE BILL

_____

FOREPERSON


_____

Date

_____

ROSEMARY E. PAGUNI
Chief,
Tax Division, NCES
United States Department of Justice